UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIAMOND CONSTRUCTION LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. C17-1408-JCC<br><br>ORDER |

       This matter comes before the Court on the parties' stipulation and proposed order to join a party (Dkt. No. 27) and the parties' response (Dkt. No. 28) to the Court's order to show cause (Dkt. No. 26). The parties have stipulated that the Bellevue Park Homeowners Association ("Bellevue Park") be joined as a plaintiff in this action. Pursuant to the parties' stipulation, the Court ORDERS that Bellevue Park is hereby joined as a plaintiff in this action.

       Based on the parties' response to the Court's order to show cause, the Court will consider Bellevue Park's response (Dkt. No. 19) to Defendant's motion for summary judgment (Dkt. No. 13). The Clerk is DIRECTED to terminate the motion associated with Docket Number 28.

       //

       //

       //

1       DATED this 31st day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE